FILED
August 12, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

UNITED STATES DISTRICT COURT FOR THE Western District of Texas

P-26-cv-00061

Anna Connolly

COMPLAINT

VS

Hector LaSalle, Rowan Wilson,
Genine Edwards, Ramzi Kassem,
Brian Gotlieb, Dianisbeth Acquie,
Carmen A. Pacheco, Joy Campanelli,
Kevin S. Parker, Vanessa Fang,
Kevin Mcclanahan, Jill Soffiyah Elijah,
Stefano Cambareri, Michael Rosenthal,
Tanya Faye, Andrea Stewart - Cousins,
Patricia Canzoneri-Fitzpatrick, Wavny Toussaint

The defendant created a hostile working environment.

So it should be held liable for its wrongdoings.

And the damage will be determined at trial.

BY Anna Connolly

DV DANIELS NJ 070

13 AUG 2026 PM 3 L

250

FOREVER

Anna Connolly

192 Anton Blvd Costa Mesa

CA 92601

ALPINE

AUG 1 8 2026

SCREENED BY CSO

RECEIVED

AUG 1 8 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

U.S. District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

79830-203739